UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER, | No. 2:21-cv-02402 DB P |
| Plaintiff, | |
| v. | ORDER, FINDINGS AND RECOMMENDATIONS |
| HOWARD E. MOSELEY, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff's complaint was filed with the court on December 27, 2021. The court's own records reveal that plaintiff filed a complaint containing identical allegations in another case initiated in this court on December 8, 2021, No. 2:21-cv-2252 KJN.[1] Both complaints were signed on the same day. The only difference is the placement of the exhibits in the pleading. (See Id.) Due to the duplicative nature of the present action, the court will recommend it be dismissed.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

////

////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1    IT IS RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ.
2 P. 41(b).
3    These findings and recommendations are submitted to the District Judge assigned to this
4 case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty (20) days after being
5 served with these findings and recommendations, plaintiff may file written objections with the
6 court.  The document should be captioned "Objections to Magistrate Judge's Findings and
7 Recommendations." Plaintiff is advised that failure to file objections within the specified time
8 may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir.
9 1991).

Dated:  March 8, 2022

DLB7
mill2402.23

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2