UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER, | No. 2:21-cv-02402-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| HOWARD E. MOSELEY, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2022, the magistrate judge's findings and recommendations to dismiss the complaint as duplicative were filed and were served on Plaintiff. (ECF No. 6.) The findings and recommendations contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty (20) days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED:

///

1. The Findings and Recommendations filed March 9, 2022, (ECF No. 6), are adopted in full;

2. This action is DISMISSED without prejudice as duplicative; and

3. The Clerk of the Court is directed to close this case.

**DATED: June 1, 2022**

Troy L. Nunley
United States District Judge

2